

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **December 13, 2014**. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court